FILED

03/29/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0081

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0081
_____

JAMES C. WANGERIN, CPA,

      Petitioner and Appellant,

    v.

STATE OF MONTANA,
DEPARTMENT OF REVENUE,

      Respondent and Appellee.
_____

O R D E R

Before this Court is self-represented Appellant James C. Wangerin and his motion to amend his opening brief because an electronically transmitted transcript was filed with this Court on March 18, 2022, almost three weeks after he filed his initial brief. Wangerin provides that he contacted counsel for the State of Montana Department of Revenue and that counsel does not object to his motion. M. R. App. P. 16(1).

Therefore, upon seeing no objection, and upon good cause,

IT IS ORDERED that Wangerin's Motion to Amend Appellant's Brief is GRANTED and that Wangerin shall prepare, file, and serve his Amended Opening Brief on or before Wednesday, April 27, 2022. The response and reply briefs will be filed in accordance with the Montana Rules of Appellate Procedure. *See* M. R. App. P. 13.

The Clerk of the Supreme Court is directed to provide a copy of this Order to counsel of record and to James C. Wangerin along with a copy of this Court's Civil Appellate Handbook.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 29 2022